IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES SUMMERS | Case No. 24-mj-17039 (SAK) |

## SEALING ORDER

THIS MATTER having come before the Court upon the application of the United States of America, by Philip Sellinger, United States Attorney for the District of New Jersey (Josephine J. Park, Assistant United States Attorney, appearing) for an arrest warrant, and its concurrent application that the Complaint filed against the person named in the warrant be filed under seal, and for good cause shown,

IT IS on this 24th day of September, 2024,

ORDERED that, with the exception of copies of the arrest warrant, the Complaint upon which its issuance was based and all other papers related to the above-captioned matter be filed under, and are hereby sealed, until the arrest of the individual named in the warrant or until further order of this Court.

_____
HONORABLE SHARON A. KING
UNITED STATES MAGISTRATE JUDGE